

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00338-CV

IN RE STEPHEN RAY SMITH                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  August 31, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]The trial court clerk informed this court that no motion had been filed by Relator for the trial court to rule upon.  *See also* Tex. Gov't Code Ann. §§ 552.321, 552.3215 (West 2004) (setting out procedures to follow for the trial court to compel a governmental body to make information available).